```
IN THE UNITED STATES BANKRUPTCY COURT FOR
            THE DISTRICT OF PUERTO RICO

IN RE:
                                      CASE NO.  01-04116 ESL
SANTOS TANTAO, VICENTE                Chapter 13
BEAUCHAMP SERRANO, MARIA D


XXX-XX-2888
XXX-XX-3985
                                      FILED & ENTERED ON 2/27/2004
        Debtor(s)
```

## ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #8), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27 day of February, 2004 .

                                            *Lamoutte* (signature)

                                      Enrique S. Lamoutte
                                      U. S. Bankruptcy Judge

C:   All creditors
     F/up

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0104-3         User: DZB              Page 1 of 1              Date Rcvd: Feb 27, 2004
Case: 01-04116ESL            Form ID: I01           Total Served: 22


The following entities were served by first class mail on Feb 29, 2004.
 D         SANTOS TANTAO, VICENTE,    URB LIRIOS DEL SUR C-79 CALLE 12,    PONCE,PR 00731
 J         BEAUCHAMP SERRANO, MARIA D,   URB LIRIOS DEL SUR C-79 CALLE 12,    PONCE,PR 00731
 DA        JULIO RIVERA TORO,    P O BOX 335090,    PONCE,PR 00733-5090
           CAMARA DE COMERCIANTES MAYORISTAS (,    PO BOX 195337 HATO REY STA,    SAN JUAN,PR 00919-5337
           DEPARTAMENTO DE HACIENDA (HACIENDA),    PO BOX 9024140 OFICINA 424-B,    SAN JUAN,PR 00902-4140
           STATE INSURANCE FUND (SIF),    PO BOX 365028,    SAN JUAN,PR 00936-5028
           INTERNAL REVENUE SERVICES (IRS),    2 AVE PONCE DE LEON ROOM 1014,    EDIF MERCANTIL PLAZA STEP 27 1/2,
             SAN JUAN,PR 00918-1693
           DEPT JUSTICE-FEDERAL LITIGATION (JU,    PO BOX 9020192,    SAN JUAN,PR 00902-0192
           AUTORIDAD ENERGIA ELECTRICA (AEE),    PO BOX 4267,    SAN JUAN,PR 00936
           PR DEPARTMENT OF LABOR (LABOR2),    PRUDENCIO RIVERA MARTINEZ BLDG,
             505 MUNOZ RIVERA AVENUE 12 FLOOR,    SAN JUAN,PR 00918
           US TRUSTEE (UST),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN,PR 00901-1922
 1         SEARS ROEBUCK DE PR,    PO BOX 71204,    SAN JUAN,PR 00936-7604
 2         BANCO POPULAR,    PO BOX 362708,    SAN JUAN,PR 00936-2708
 3         CITIBANK,    PO BOX 71458,    SAN JUAN,PR 00936
 4         ISLAND FINANCE,    PO BOX 195369,    SAN JUAN,PR 00919-5369
 5         NORWEST,    PO BOX 195369,    SAN JUAN,PR 00919-5369
 6         SEARS,    PO BOX 71204,    SAN JUAN,PR 00936
 7         BANCO POPULAR,    PO BOX 366818,    SAN JUAN,PR 00936-6818
 8         CITIBANK NA/CITICORP-PR&CS INC,    PO BOX 195079,    SAN JUAN,PR 00919-5079
 9         DEPARTMENT OF TREASURY,    SECCION DE QUIEBRAS OFICINA 424-B,    PO BOX 9024140,
             SAN JUAN,PR 00902-4140
 10        ISLAND FINANCE PUERTO RICO INC,    BANKRUPTCY DEPARTMENT,    PO BOX 195369,    SAN JUAN,PR 00919-5369
The following entities were served by electronic transmission on Feb 27, 2004 and receipt of the transmission
was confirmed on:
 T         E-mail: enotice@ch13sju.com Feb 27 2004 21:42:19     ALEJANDRO OLIVERAS RIVERA,    PO BOX 9024062,
             SAN JUAN,PR 00902-4062
                                                                                             TOTAL: 1


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
           BANCO (BPRR-2),    ,
                                                                                             TOTALS: 1, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 29, 2004**       Signature:  *Joseph Speetjens*